# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 4, 2026

Lyle W. Cayce
Clerk

———————

No. 25-30431
Summary Calendar

———————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JEVON LIVELY,

*Defendant—Appellant*.

————————————————————————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:24-CR-274-1

————————————————————————

Before STEWART, GRAVES, and OLDHAM, *Circuit Judges*.

PER CURIAM:[*]

Jevon Lively appeals his sentence for possessing with intent to distribute fentanyl and methamphetamine. He contends that the district court erroneously applied a two-level enhancement under U.S.S.G. § 2D1.1(b)(12) for maintaining a premises for manufacturing or distributing drugs. However, Lively fails to show that the district court clearly erred in

———————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-30431

determining that he had the requisite level of access, dominion, and control to demonstrate that he maintained the apartment for the purpose of storing drugs. *United States v. Guzman-Reyes*, 853 F.3d 260, 263-65 (5th Cir. 2017).

AFFIRMED.